## CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Juan Pedro Flores-Lopez**; DOB: 1986; Mexico<br>**Elijah Lewis Jones**; DOB: 2003; United States | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>25-09652MJ |

Complaint for violations of 8 U.S.C. §§ 1324(a)(1)(A)(ii), 1324(a)(1)(A)(v)(I), 1324(a)(1)(B)(i), and 1326(a)(1)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**
On or about October 23, 2025, in the District of Arizona, **Juan Pedro Flores-Lopez** and **Elijah Lewis Jones,** named herein as defendants and conspirators, did knowingly and intentionally combine, conspire, confederate, and agree with each other and other persons, known and unknown, to transport certain illegal aliens, including Richard Jhonatan Borromeo-Leon and Guadalupe Salvador-Vazquez, and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii), 1324(a)(1)(A)(v)(I) and 1324(a)(1)(B)(i).**

**CHARGE 2:** On or about October 23, 2025, in the District of Arizona, **Juan Pedro Flores-Lopez**, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through Nogales, Arizona on May 31, 2025, and without obtaining the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of **Title 8, United States Code, Section 1326(a)(1).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On October 23, 2025, in the District of Arizona (Lukeville), at approximately 12:15 p.m., Border Patrol agents (BPAs) conducting highway operations on State Route 85 (SR-85) received information from National Parks Service rangers that a suspicious vehicle, a grey Hyundai Tucson bearing Georgia License plate, CVZ6193, was in the parking lot of the Organ Pipe National Monument Visitor Center. Through a records check, BPAs learned the Hyundai was a rental car out of Decatur, Georgia. BPAs surveilled the Hyundai and observed it leave the Visitor Center, traveling southbound on SR-85. An Integrated Fixed Tower (IFT) camera operator picked up visual of the Hyundai and notified BPAs that the Hyundai had pulled off the highway into a construction yard located on the east side of SR-85. This construction yard is closed to the public and there is no access to any amenities. It is a common load up location for smugglers picking up illegal aliens. BPAs, parked in the area, observed the driver, later identified as **Elijah Lewis Jones,** drive slowly past them and then make a u-turn behind their location before driving slowly past a dense brush area. **Jones** then drove out of the construction yard, and heading southbound again on SR-85. The BPAs in the area went to the dense brush area where **Jones** had driven past and found five subjects wearing camouflage clothing hiding under a tree in the wash. BPAs conducted an immigration inspection and determined all five individuals, including Richard Jhonatan Borromeo-Leon, Guadalupe Salvador-Vazquez, and **Juan Pedro Flores-Lopez**, were citizens of Mexico or Peru and illegally present in the United States. Richard Jhonatan Borromeo-Leon, Guadalupe Salvador-Vazquez, and **Juan Pedro Flores-Lopez** do not possess the proper documentation to enter, pass through, or remain in the United States legally. **Continued on next page.**

MATERIAL WITNESS IN RELATION TO THE CHARGE: Richard Jhonatan Borromeo-Leon and Guadalupe Salvador-Vazquez

| Detention Requested<br><br>*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | SIGNATURE OF COMPLAINANT<br><br>OFFICIAL TITLE<br>Border Patrol Agent<br>Nick Piccolo |
|---|---|
| Sworn by telephone  x | |
| SIGNATURE OF MAGISTRATE JUDGE [signature]<br>[1] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54 | DATE<br>October 24, 2025 |

Reviewing AUSA: Price

Jones drove to the Gastrak gas station off SR-85. BPAs initiated a vehicle stop to conduct an immigration inspection. BPAs approached the driver side and interacted with the driver, **Elijah Lewis Jones**. BPAs asked **Jones** what he was doing in the area, he stated he was in the area sightseeing and did not understand why he was being stopped. BPAs told him it was to conduct an immigration inspection. BPAs then asked for Jones' driver's license and he stated he did not have one and provided an identification card from Wisconsin. **Jones** was identified as a United States citizen and then arrested for alien smuggling.

Material witness Richard Jhonatan Borromeo-Leon stated he is a citizen of Peru, and he was going to pay $5,000 to be smuggled into the United States. He illegally crossed into the United States with a group of five individuals including the group's foot guide. Borromeo stated he did not know the guide's name, and he did not speak to the guide directly. He stated the guide was giving the group instructions such as "keep up" and "run faster." The guide used another person's cell phone and then when that phone died, the guide used Borromeo's cell phone to continue communicating with scouts in the area to guide them. Borromeo identified **Juan Pedro Flores-Lopez** as the foot guide in a photo array.

Material witness Guadalupe Salvador-Vazquez stated she is a Mexican citizen and arranged to be smuggled into the United States and had paid 18,000 Mexican pesos. She stated she illegally crossed the international boundary fence with a group of four illegal aliens and a foot guide whom she identified as **Juan Pedro Flores-Lopez**. During the trip, the foot guide, **Flores**, used her cellphone to maintain contact with the scouts in Mexico. She stated that when her cell phone battery died, **Flores** asked another alien from Peru for their phone number. She stated after walking for a couple of hours in the desert her group was detained by Border Patrol agents at the place where they were supposed to picked up. Salvador identified **Flores** as the foot guide in a photo array.

After waiving his *Miranda* rights, **Elijah Lewis Jones** stated approximately a week ago while he was at home in Wisconsin, he was on a social media chat application called "Potato", similar to WhatsApp, and he saw an advertisement talking about driving to the border and picking up people and dropping them off. **Jones** stated he would be paid $1700 per person successfully dropped off. He stated he contacted the recruiter that posted the announcement and then he drove 33 hours from Wisconsin to Arizona. The recruiter told him to contact him once he arrived in Arizona. When he arrived in Arizona, the recruiter provided an address to meet up with **Jones**. He went to the address and while there he believed the recruiter placed an Apple Tag tracker in his vehicle to monitor his whereabouts. The recruiter had **Jones** use a group chat on WhatsApp. Members of the group chat then directed **Jones** the following day on where and when to travel toward Lukeville on SR-85 to pick up illegal aliens. **Jones** stated he had done a similar pick-up the day before his arrest and the recruiter had paid him $3,400. **Jones** said he told the recruiter he was unsure about doing it again because it was extremely difficult with all the law enforcement in the area. **Jones** stated that the recruiter said in an intimidating manner that he was not asking him but telling him he was going to go and pick up another group. **Jones** stated he knew the group of people he was going to pick up were illegal aliens. Once they gave him the go ahead, he went back down towards the border and went to the same area where he picked up aliens the day prior. He sensed that something was off, and he left the area. The recruiter told him if he left the area that he would be pulled over, and it would look suspicious. **Jones** was going to leave and head back to Ajo and wait there and the recruiter told him he would see if there was another group available for him to pick up. He left the area near Gringo Pass and drove to an adjacent gas station where he was ultimately encountered by Border Patrol agents.

**Juan Pedro Flores-Lopez** is a citizen of Mexico. On May 31, 2025, **Flores** was lawfully denied admission, excluded, deported, and removed from the United States through Nogales, Arizona. On October 23, 2025, BPAs found **Flores** in the United States at or near Lukeville, Arizona, without the proper immigration documents. **Flores** did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States.